UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| MS HEALTH, INC.,<br>    *Plaintiff*,<br>v.<br><br>CATHOLIC CHARITIES, DIOCESE OF ST. PETERSBURG, INC.,<br>    *Defendant.* | Case No.  8:20-cv-02118<br><br>Honorable |

## COMPLAINT

Plaintiff MS Health, Inc. ("MS Health") states the following as its Complaint against Catholic Charities, Diocese of St. Petersburg, Inc. ("CCDOSP").

## Jurisdiction and Venue

1. MS Health is an Illinois corporation with its principal place of business located at 325 N Milwaukee Ave Suite G1, Wheeling, IL, 60090.

2. CCDOSP is a Florida not-for-profit corporation with a principal place of business located at 1213 16th St. North, St. Petersburg, FL 33705.

3. This Court has federal question jurisdiction over this action under 28 U.S.C. § 1331 because this action alleges violations of federal statutes.

4. This Court also had federal diversity jurisdiction under 28 U.S.C. § 1332 because the parties are diverse and the amount in controversy exceeds $75,000 exclusive of all costs, fees and interest.

5. Venue is proper in this judicial district under 28 U.S.C. § 1391 because CCDOSP resides in this district and a substantial part of the events giving rise to the claims raised in this lawsuit occurred within the district.

## Factual background

6. CCDOSP entered into a contract with MS Health pursuant to which MS Health

provided CCDOSP an annual license to use its proprietary licensed software in exchange for compensation.

7. MS Health owns all right, title and interest, including copyrights, in and to its proprietary licensed software.

8. CCDOSP paid for its use of the software from 2010 to 2014.

9. On information and belief, CCDOSP gained unauthorized access to MS Health computer code and repeatedly accessed and copied various portions of the proprietary software.

10. On information and belief, CCDOSP unlawfully accessed, copied and modified significant portions of MS Health's software for its own personal gain and to the substantial detriment of MS Health.

## Count I – Copyright Infringement

11. The above paragraphs are incorporated by reference.

12. MS Health is the sole owner of the copyright in an original work that is fixed in tangible media of expression.

13. The United States Copyright Office accepted an application for copyright registration for the original work, and attached as Exhibit 1.

14. Upon information and belief, CCDOSP has produced, reproduced, prepared derivative works based upon, distributed, and publicly displayed MS Health's protected work or derivatives, without consent.

15. CCDOSP's acts violate MS Health's exclusive rights under the Copyright Act, 17 U.S.C. §§ 106 and 501, including the exclusive rights to produce, reproduce, and distribute copies, to create derivative works, and to publicly display the work.

16. CCDOSP's infringement has been undertaken knowingly, and with intent to financially gain from MS Health's protected copyrighted work.

17. Because of CCDOSP's infringing acts, MS Health is entitled to actual damages and CCDOSP's profits attributable in an amount to be proved at trial and all other relief allowed under the Copyright Act.

18. CCDOSP's infringement has caused and is causing irreparable harm to MS Health, for which there is no adequate remedy at law.

19. MS Health has suffered damages at, as well as the need for injunctive relief pursuant to 17 U.S.C. § 502 enjoining any uses by CCDOSP of MS Health's copyrighted materials and to an order under 17 U.S.C. § 503 that any infringing materials be impounded and destroyed.

### Count II – Violation of the Digital Millennium Copyright Act

20. The above paragraphs are incorporated by reference.

21. MS Health has obtained copyright registration of its source code.

22. MS Health employs various technological measures to block access to the proprietary content of its source code.

23. On information and belief, CCDOSP circumvented technological measures that effectively control access to MS Health's proprietary and copyrighted source code and website.

24. MS Health has been damaged, and will continue to be damaged, by CCDOSP's acts, in an amount to be determined at trial.

25. In connection with CCDOSP's violations, MS Health is entitled to compensatory damages or statutory damages, exemplary damages, injunctive relief, and all other relief available under 17 U.S.C. §§ 1201-1203, including attorneys' fees and costs.

### Count III – Breach of Contract

26. The above paragraphs are incorporated by reference.

27. CCDOSP has failed to carry through with the obligations contained in its

contract with MS Health.

28. CCDOSP's conduct constitutes a breach of the contract.

29. CCDOSP's breaching conduct includes, but is not limited to: failing to compensate MS Health pursuant to the contract; continuing to use property of MS Health without compensation; and misappropriating MS Health's source-code and other protected property for its own use.

30. MS Health has been damaged by CCDOSP's breach of contract.

### Count VII - Unjust Enrichment

31. The above paragraphs are incorporated by reference.

32. By improperly using MS Health's confidential information, work product, source code, trade secrets, and other resources without compensation, CCDOSP been unjustly enriched.

33. CCDOSP's retention of these benefits violates justice, equity and good conscience and has come at the expense of MS Health.

### Prayer for Relief

MS Health prays for:

A) all damages sustained by it as a result of the wrongful conduct described above, beginning with the earliest date of violation up until the date of the entry of the final judgment in this action;

B) pre- and post-judgment interest;

C) attorneys' fees and costs; and

D) Such other and further relief as this Court may deem just and proper.

                              Respectfully submitted,

                              /s/David M. Zack
                              David M. Zack
                              **BLEVINS SANBORN JEZDIMIR ZACK PLC**
                              1842 Michigan Ave.
                              Detroit, MI 48216
                              p & f: (313) 338-9500
                              dzack@bsjzlaw.com

                              *Counsel for MS Health*

Dated: September 9, 2020

5