# Exhibit 1

**Registration #:** TXu002215668
**Service Request #:** 1-9199933841

## Mail Certificate

Justin Lampel
555 Skokie Blvd., Suite 500
Northbrook, IL 60062

**Priority:** Special Handling   **Application Date:** September 02, 2020

## Correspondent

**Name:** Justin Lampel
**Email:** jlampel@lampellaw.com
**Telephone:** (847)845-4345
**Address:** 555 Skokie Blvd., Suite 500
Northbrook, IL 60062

**Registration Number**
# TXu 2-215-668
**Effective Date of Registration:**
September 02, 2020
**Registration Decision Date:**
September 03, 2020

## Title

**Title of Work:** MS Health CI EHR Source Code Files 2

## Completion/Publication

**Year of Completion:** 2020

## Author

- **Author:** MS Health, Inc.
  **Author Created:** HTML and source code
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** MS Health, Inc.
325 N Milwaukee Ave Suite G1, Wheeling, IL, 60090, United States

## Rights and Permissions

**Organization Name:** MS Health, Inc.

## Certification

**Name:** Justin Lampel
**Date:** September 02, 2020

---

**Correspondence:** Yes

Page 1 of 1